IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TRUSTEES OF THE OREGON-WASHINGTON CARPENTERS-EMPLOYERS HEALTH AND WELFARE TRUST FUND, et al.,<br>    Plaintiff,<br><br>v.<br><br>RICHARD PHILLIPS MARINE, INC., fka STRUCTURAL DIVING SERVICES, INC.<br>    Defendant. | CV. 05-1016-PK<br><br>OPINION AND ORDER |

PAPAK, Magistrate Judge:

    Before this court are two discovery motions filed pursuant to Rule 37(a) of the Federal Rules of Civil Procedure: plaintiffs' motion to compel production of documents responsive to requests number three, four and five of plaintiffs' First Request for Production of Documents (#24), and plaintiffs' motion to compel response to interrogatories and production of documents responsive to plaintiffs' Second Request for Production of Documents (#29). Defendant has filed no resistance to these motions.

Page 1 - OPINION AND ORDER

Plaintiffs are entitled to the documents and information they seek from defendant. Plaintiffs' motions to compel (#24 and #29) are hereby granted. This court orders defendant to produce the documents responsive to plaintiffs' Requests, and to respond to plaintiffs' interrogatories. Pursuant to Local Rule 37.2, defendant must comply with this order within eleven days of this order's date of entry. This court reserves ruling on plaintiffs' request for attorney fees and costs incurred in making these discovery motions.

Dated this 28th day of November, 2006.

      /s/ Paul Papak
Honorable Paul Papak
United States Magistrate Judge

Page 2 - OPINION AND ORDER